# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> IMAGESELECT B.V., <br><br> Defendant. | No. 2:22-cv-07398-JAK (JPRx) <br><br> **JUDGMENT** <br><br> JS-6 |

WHEREAS, Plaintiff Michael Grecco Productions, Inc. ("Grecco" or "Plaintiff") filed this action against Defendant Imageselect B.V. ("Imageselect" or "Defendant") on October 11, 2022 advancing causes of action for (1) direct copyright infringement in violation of 17 U.S.C. § 101, *et seq.*, and (2) use of false copyright management information in violation of the Digital Millennium Copyright Act, 17 U.S.C. § 1202;

WHEREAS, on February 15, 2023, Defendant filed a motion to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(3) and 12(b)(6) (the "MTD"),

and an accompanying request for judicial notice;

WHEREAS, on March 23, 2023, Plaintiff filed a motion for leave to file a late opposition, and on April 14, 2023, filed supplemental materials including its proposed opposition to the MTD (the "MTD Opposition");

WHEREAS, on April 18, 2023, the Court deemed the MTD Opposition timely filed, and on May 2, 2023, Defendant replied in support of its MTD;

WHEREAS, on July 2, 2023, Plaintiff filed a motion for leave to conduct expedited jurisdictional discovery (the "Discovery Motion"), which was fully briefed as of July 24, 2023;

WHEREAS, a hearing on the MTD and Discovery Motion was held on October 2, 2023 and those motions were taken under submission;

WHEREAS, on October 4, 2023, the Court deferred ruling on the MTD and granted the Discovery Motion in part, and ordered supplemental briefing after jurisdictional discovery was completed;

WHEREAS, after completing the jurisdictional discovery, Plaintiff filed its supplemental brief and an accompanying supplemental request for judicial notice on February 1, 2024,  Defendant filed its supplemental brief on February 8, 2024, and the MTD was again taken under submission; and

WHEREAS, on March 11, 2024, the Court granted Defendant's MTD and dismissed Plaintiff's claims against Imageselect for lack of personal jurisdiction.

**JUDGMENT IS HEREBY ENTERED** as follows:

1.    Defendant is not subject to either general or specific personal jurisdiction in California;

2.    Defendant is not subject to nationwide personal jurisdiction pursuant to Fed. R. Civ. P. 4(k)(2);

3.    The Complaint is this matter is dismissed for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2).

**IT IS SO ORDERED**.

Date: March 28, 2024

_____
John A. Kronstadt
United States District Judge